DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**O.M.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,** and
**GUARDIAN AD LITEM PROGRAM**,
Appellees.

No. 4D18-2842

[January 10, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 2015-4240-CJ DP.

Sean Conway, Fort Lauderdale, for appellant.

Thomasina Moore, Statewide Director of Appeals, and Laura J. Lee of Florida Statewide Guardian ad Litem Office, Tallahassee, and Natasha Khoyi, Florida Statewide Guardian ad Litem Office, Defending Best Interests Project, Port Richey, for appellee Guardian ad Litem Program.

Ashley Brooke Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***